GEORGE GIBBS, Respondent, *v.* JACOB HERMAN, as Sheriff of Orange County, Appellant.

*Gibbs* v. *Herman*, 85 App. Div. 619, affirmed.
(Argued December 8, 1903; decided January 5, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 17, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Henry Bacon* and *Joseph Merritt* for appellant.

*John C. R. Taylor* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN and CULLEN, JJ.   Absent: HAIGHT, J.